Certificate Number: 12433-PAE-DE-027894957

Bankruptcy Case Number: 12-10872



12433-PAE-DE-027894957

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2016, at 3:48 o'clock PM EDT, Michael Vitello completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 11, 2016

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher