Certificate Number: 12433-PAE-DE-027894958

Bankruptcy Case Number: 12-10872



12433-PAE-DE-027894958

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 11, 2016</u>, at <u>3:48</u> o'clock <u>PM EDT</u>, <u>Alana Vitello</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 11, 2016</u>  By:  <u>/s/Lisa Susoev</u>

Name:  <u>Lisa Susoev</u>

Title:  <u>Teacher</u>