IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                    :    CHAPTER 13
                         :
Michael V. Vitello       :    No.  12-10872-JKF
     Debtor

O  R  D  E  R

AND NOW, this         day of              , 2016, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**Date: September 16, 2016**          HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Michael V. Vitello

Payroll Controller
Good year Tire and Rubber Co.
1815 Oregon Avenue
Philadelphia, PA 19148