United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael V. Vitello                                          Case No. 12-10872-jkf
Alana Vitello                                               Chapter 13
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1             Date Rcvd: Sep 16, 2016
                             Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db/jdb          Michael V. Vitello,    Alana Vitello,    2515 South Camac Street,    Philadelphia, PA  19148-4311
               +Payroll Controller,    Good Year Tire and Rubber Co.,    1815 Oregon Avenue,
                Philadelphia, Pa 19145-3798

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANDREW M. LUBIN    on behalf of Creditor    BANK OF AMERICA, N.A. alubin@milsteadlaw.com,
           bkecf@milsteadlaw.com
          DAVID H. LIPOW    on behalf of Creditor    BANK OF AMERICA, N.A. bkecf@milsteadlaw.com,
           dlipow@milsteadlaw.com
          DAVID M. OFFEN    on behalf of Joint Debtor Alana  Vitello dmo160west@gmail.com,
           davidoffenecf@gmail.com
          DAVID M. OFFEN    on behalf of Debtor Michael V. Vitello dmo160west@gmail.com,
           davidoffenecf@gmail.com
          HOWARD  GERSHMAN    on behalf of Creditor    CAB East LLC/Ford Motor Credit Company LLC
           hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Carrington Mortgage Services, LLC
           mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE              :      CHAPTER 13
                   :
Michael V. Vitello :      No.  12-10872-JKF
     Debtor

O   R   D   E   R

AND NOW, this        day of              , 2016, it is
hereby Ordered that the Wage Order in effect in the above
captioned matter be TERMINATED.

_____
**Date: September 16, 2016**        HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE


cc:

William C. Miller, Trustee

David M. Offen, Esquire

Michael V. Vitello

Payroll Controller
Good year Tire and Rubber Co.
1815 Oregon Avenue
Philadelphia, PA 19148