United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-10872-jkf
Michael V. Vitello                                                        Chapter 13
Alana Vitello
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2           Date Rcvd: Dec 16, 2016
                              Form ID: 138NEW           Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
db/jdb         Michael V. Vitello,    Alana Vitello,    2515 South Camac Street,    Philadelphia, PA 19148-4311
cr            +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
12661192      +Acs Inc,    Acs      Sue Elen 1617 Jfk Blvd Sui,    Philadelphia, PA 19103-1821
12958448      +BANK OF AMERICA, N.A.,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12661196      +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
12661195       Bank of America,    P.O. Box 15222,    Wilmington, DE 19886-5222
12900064      +Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12661197     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
12812444      +CAPITAL ONE BANK (USA), N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk VA 23541-0907
13378475      +Carrington Mortgage Services, LLC,    1610 East St. Andrew Place, Suite B150,
                Santa Ana, CA 92705-4931
12661200      +Central Finl Control,    Po Box 66051,    Anaheim, CA 92816-6051
12661201      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12788097     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
12661204      +Desai Physician Consulting Services,    P.O. Box 469,    Southeastern, PA 19399-0469
12709667      +Edward A. Deglin MD PC,    780 Periwinkle Lane,    Wynnewood PA 19096-1653
12661205      +Edward Deglin, MDPC,    780 Perwinkle Lane,    Wynnewood, PA 19096-1653
12746804     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
                Detroit MI  48255-0953)
12661207      +Ford Cred,    Po Box 542000,    Omaha, NE 68154-8000
12661208       Ford Motor Credit Company,    Drawer 55-166,    P.O. Box 55000,    Detroit, MI 48255-0166
12661211      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12661214       Jefferson University Hospitals,    Thomas Jefferson Univ. Hosp.,    POB 8500-3100,
                Philadelphia, PA 19178-3100
12661215      +Philadelphia Family Medicine Assoc., Inc,    1028 Oregon Avenue,    Philadelphia, PA 19148-4421
12767579      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
12732679       Quest Diagnostics - MR 461,    P.O. Box 4911,    SouthEastern, PA 19398-4911
12661216      +Quest Diagnostics, Inc.,    P.O. Box 740775,    Cincinnati, OH 45274-0775
12661217     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
              (address filed with court: Snap-on Credit,    P.O. Box 506,    Gurnee, IL 60031)
12661218       State Collection Service, Inc.,    P.O. Box 6250,    Madison, WI 53716-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Dec 17 2016 01:57:16     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 17 2016 01:56:00
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 17 2016 01:56:47     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2016 01:50:13     GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
12661194      +E-mail/Text: sidneyzilber@gmail.com Dec 17 2016 01:57:40     Advanced Diagnostics,
                841 E. Allegheny Avenue,    Philadelphia, PA 19134-2401
12661199      +E-mail/Text: kellyp@ccpdocs.com Dec 17 2016 01:57:42     Cardiology Consultants PH,
                207 N. Broad Street,    3rd Floor,    Philadelphia, PA 19107-1500
12661203      +E-mail/Text: equiles@philapark.org Dec 17 2016 01:57:48     City of Philadelphia,
                Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
12661206       E-mail/Text: data_processing@fin-rec.com Dec 17 2016 01:55:27     Financial Recovery Services,
                P.O. Box 385908,    Minneapolis, MN 55438-5908
12683924       E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2016 01:50:13     GE Capital Retail Bank,
                Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
12661210      +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2016 01:48:59     Gecrb/Care Credit,
                Po Box 981439,    El Paso, TX 79998-1439
12661213      +E-mail/Text: bankruptcy@icsystem.com Dec 17 2016 01:57:38     I C System Inc,    Po Box 64378,
                Saint Paul, MN 55164-0378
12811752       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 17 2016 01:49:54
                InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                Oklahoma City, OK  73126-9093
12708881      +E-mail/Text: bncmail@w-legal.com Dec 17 2016 01:56:35     OAK HARBOR CAPITAL IV, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12755266       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2016 02:10:32
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541

```
District/off: 0313-2          User: DonnaR                 Page 2 of 2                  Date Rcvd: Dec 16, 2016
                              Form ID: 138NEW              Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13024922       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2016 02:08:48
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12669344        E-mail/PDF: rmscedi@recoverycorp.com Dec 17 2016 01:49:41
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12661219       +E-mail/Text: bnc@alltran.com Dec 17 2016 01:55:18      United Recovery Systems,
                 5800 North Course Drive,   Houston, TX 77072-1613
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             InSolve Recovery, LLC by American InfoSource LP,     PO Box 269093,
                 Oklahoma City, OK   73126-9093
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12661193*      +Acs Inc,    Acs     Sue Elen 1617 Jfk Blvd Sui,    Philadelphia, PA 19103-1821
12661198*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
12813517*      +CAPITAL ONE BANK (USA), N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
12661202*      +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
12661209*       Ford Motor Credit Company,    Drawer 55-166,    P.O. Box 55000,   Detroit, MI 48255-0166
12661212*      +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
                                                                                             TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW M. LUBIN    on behalf of Creditor    BANK OF AMERICA, N.A. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              DAVID H. LIPOW    on behalf of Creditor    BANK OF AMERICA, N.A. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              DAVID M. OFFEN    on behalf of Joint Debtor Alana  Vitello dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Michael V. Vitello dmo160west@gmail.com,
               davidoffenecf@gmail.com
              HOWARD  GERSHMAN    on behalf of Creditor    CAB East LLC/Ford Motor Credit Company LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Carrington Mortgage Services, LLC
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Michael V. Vitello and Alana Vitello
    Debtor(s)

Bankruptcy No: 12–10872–jkf
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/16/16

72 – 71
Form 138_new