# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael V. Vitello and Alana Vitello<br>       <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 12-10872 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7143

                                       Respectfully submitted,

                                       **/s/Thomas Puleo, Esquire**
                                       Thomas Puleo, Esquire
                                       Brian C. Nicholas, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 825-6306  FAX (215) 825-6406