```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                    Case No. 12-10872-jkf
Michael V. Vitello                                        Chapter 13
Alana Vitello
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR           Page 1 of 1           Date Rcvd: Jan 24, 2017
                               Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.
db/jdb         Michael V. Vitello,    Alana Vitello,    2515 South Camac Street,    Philadelphia, PA 19148-4311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW M. LUBIN    on behalf of Creditor    BANK OF AMERICA, N.A. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              DAVID H. LIPOW    on behalf of Creditor    BANK OF AMERICA, N.A. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              DAVID M. OFFEN    on behalf of Joint Debtor Alana  Vitello dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Michael V. Vitello dmo160west@gmail.com,
               davidoffenecf@gmail.com
              HOWARD  GERSHMAN    on behalf of Creditor    CAB East LLC/Ford Motor Credit Company LLC
               hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Carrington Mortgage Services, LLC
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Michael V. Vitello and Alana Vitello                 : Case No. 12–10872–jkf

      Debtor(s)

***ORDER***
_____

    AND NOW, this day , January 24, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                            By The Court

                            Jean K. FitzSimon
                            Judge , United States Bankruptcy Court